AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
)  Case No.
Luis Azael Berlanga )
)
Juan Jose Moreno Jr. )
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___May 15, 2024___ in the county of ___Webb___ in the
___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(o) | Illegal possession of a machinegun |

This criminal complaint is based on these facts:

See Attached Sheet...

☑ Continued on the attached sheet.

/s/ Shaun Insley
_____
*Complainant's signature*

Shaun Insley, ATF Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state:     Laredo, Texas                , U.S. Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A**

On May 15, 2024, the ATF Laredo Office, along with the Laredo Police Department, and the United States Border Patrol conducted an operation to purchase three AR-pistol machineguns, an AK-pistol, and a 40mm Grenade Launcher Luis BERLANGA. The operation was conducted on the 4000 block of Jaime Zapata Memorial Highway.

BERLANGA arrived in a white Toyota Tundra with Texas license plates. BERLANGA was the driver and an individual later identified as Juan MORENO was in the front passenger seat. BERLANGA and MORENO met with the Under Cover (UC) officer in the parking lot. BERLANGA showed the UC four firearms, and a 37mm launcher that BERLANGA stated was a 40mm grenade launcher. The firearms were a Diamondback Firearms, model DB-15, multi. caliber pistol with serial number DB2169311, an Anderson Manufacturing, model AM-15, multi. caliber pistol with serial number 20196692, an Anderson Manufacturing, model Am-15, multi. caliber pistol with serial number 211200010, and a Pioneer Arms Corporation, model Hellpup, 7.62mm pistol with serial number PAC1162906. The UC inspected one of the AR pistols and verified that it contained a drop-in auto-sear that converted the firearm into machinegun. The UC then took the firearms and handed BERLANGA $10,000 U.S. Dollars as previously agreed.

While MORENO was counting the US Currency, the tactical team detained BERLANGA and MORENO. A search incident to arrest found that BERLANGA had a Ruger, model LCP, 9mm pistol with serial number 374-21520 in his pants. Both BERLANGA and MORENO were transported to the Laredo Police Department for an interview. ATF Agents took custody of the firearms after the arrest. Agents found that all three AR-pistols contained a metallic drop-in auto-sear, and a function test of the three AR-pistols found that they functioned like a machinegun.

During the interview, BERLANGA stated that the firearms were transported from Dallas to San Antonio by another individual. BERLANGA received the firearms in San Antonio and drove to Laredo with the firearms to sell them. BERLANGA stated that he knew the AR-pistols were machineguns because they had the metallic drop-in auto-sears installed. BERLANGA stated he asked MORENO to help him sell the firearms, and that MORENO helped him sell a machinegun in the past.

During MORENO's interview, MORENO stated that BERLANGA picked him up and BERLANGA asked him to assist in selling some firearms. MORENO stated that BERLANGA was going to pay him $100 for assisting. MORENO stated that he handled all of the firearms and that his finger prints would be on the AR-pistols. MORENO stated that he previously assisted BERLANGA in selling a machinegun, specifically a Glock with a Glock switch installed.

A preliminary inspection of the firearms revealed that the firearms were manufactured outside the state of Texas and affected interstate commerce.